**MADE JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEHMAN BROTHERS HOLDINGS, INC., <br><br> Plaintiff, <br><br> v. <br><br> CALLISTO GROUP, INC., <br><br> Defendant. | Case No. CV 09-4461-GW(FFMx) <br><br> **ORDER TO DISMISS WITH PREJUDICE** |

Based upon the stipulation between the parties and their respective counsel, it is hereby ORDERED that this action, including all claims and counterclaims, is dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A), each party bearing its own fees and costs.

IT IS SO ORDERED.

Dated: October 12, 2010

BY THE COURT

_____
HONORABLE GEORGE H. WU
UNITED STATES DISTRICT COURT

[PROPOSED] ORDER TO DISMISS WITH PREJUDICE